FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG -8  P 3: 50

AT BALTIMORE

BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

MERRILL LYNCH CREDIT CORPORATION   *

      Plaintiff   *

v   *   Case No.: MJG 01 CV 0081

ANTHONY BRENNAN   *

    Defendant   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER ENTERING JUDGMENT BY DEFAULT AGAINST DEFENDANT, ANTHONY L. BRENNAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF DANIEL E. PARKER

Upon consideration of Plaintiff's Motion for Default Judgment, together with supporting Affidavit of Annette Signorile and pursuant to Federal Rule of Civil Procedure 55(b)(2), it is on this 8th day of August, 2001, by the United States District Court for the District of Maryland, hereby

ORDERED, that judgment by default is entered in favor of Plaintiff, Merrill Lynch Credit Corporation against Defendant Anthony L. Brennan, personal representative of the Estate of Daniel E. Parker, in the amount of $145,787.03 through July 25, 2001, plus prejudgment interest at the prime rate plus one percent, accruing in the amount of $28.30 per diem from July 26, 2001 until the date of judgment, along with court costs, for a total judgment of $_____.

                        Marvin J. Garbis, United States District Judge



HMR/PMERRILL LYNCH/PARKER/ORDERJUDG.DEF